```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                        CASE NO. 07 B 13652
   MARCIANO A ARROYO
                                              CHAPTER 13

                                              JUDGE: SUSAN PIERSON SONDERBY
           Debtor
   SSN XXX-XX-0338


--------------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
   The case was filed on 07/30/2007 and was not confirmed.

   The case was dismissed without confirmation 09/13/2007.
--------------------------------------------------------------------------------
CREDITOR NAME            CLASS           CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                           PAID           PAID
--------------------------------------------------------------------------------
HSBC AUTO FINANCE        SECURED VEHIC    23462.00           .00            .00
HSBC AUTO FINANCE        UNSECURED         2164.22           .00            .00
CITY OF CHICAGO PARKING  UNSECURED        NOT FILED          .00            .00
ARNOLD SCOTT HARRIS      NOTICE ONLY      NOT FILED          .00            .00
LINEBARGER GOGGAN BLAIR  NOTICE ONLY      NOT FILED          .00            .00
IL DEPT OF HEALTHCARE &  NOTICE ONLY      NOT FILED          .00            .00
ASSET ACCEPTANCE LLC     UNSECURED          437.61           .00            .00
TIMOTHY K LIOU           DEBTOR ATTY       2,983.20                         .00
TOM VAUGHN               TRUSTEE                                            .00
DEBTOR REFUND            REFUND                                             .00

       Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                          RECEIPTS           DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE                       .00

PRIORITY                                            .00
SECURED                                             .00
UNSECURED                                           .00
ADMINISTRATIVE                                      .00
TRUSTEE COMPENSATION                                .00
DEBTOR REFUND                                       .00
                        ---------------    ---------------
TOTALS                        .00                   .00
```

PAGE  1 - CONTINUED ON NEXT PAGE
CASE NO. 07 B 13652 MARCIANO A ARROYO

Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 12/27/07

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE